An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES ELMORE LEWIS, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64156

**FILED**

APR 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion for amended judgment of conviction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

_____

[1]In light of this order, we deny appellant's motion for appointment of counsel as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

14 - 11491

cc: Hon. Scott N. Freeman, District Judge
Charles Elmore Lewis, Jr.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk